**COMMONWEALTH of Pennsylvania,** Respondent

v.

Milton ACEVEDO, Petitioner

No. 115 EAL 2017

Supreme Court of Pennsylvania.

August 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.